# United States Bankruptcy Court
## District of Nevada

|  |  |
|---|---|
| To: | Ryan Stibor, Esq. |
| From: | Gerald Buchanan, Case Administrator |
| E–mail: | gerald_buchanan@nvb.uscourts.gov |
| Telephone: | |

☑ Las Vegas    ☐ Reno

CM/ECF Customer Support Center [Toll Free]: (866) 232–1266

|  |  |
|---|---|
| Case Number: | 09–21143–lbr |
| Document Number: | 19 |
| In Re: | Mark Natali |
| Filed Date: | 7/30/09 |
| Title of PDF: | Chapter 13 Plan #1 |

## THE FOLLOWING CORRECTIONS HAVE BEEN MADE TO THE ENTRY/ENTRIES:

☐ Entered on incorrect case. Re–docketed on case number

☐ Order entry
  ☐ Text of the docket entry has been corrected
  ☐ Correct pdf attached

☐ Filing date corrected to

☐ Discrepancy in hearing information reflected on pdf and/or text.
  ☐ Amended Notice of Hearing should be filed.
  ☐ Docket text corrected
    ☐ Date is
    ☐ Time is
    ☐ Location is

☐ Summons Service Executed does not contain the address of service upon Defendant

☑ Other:
The case number on this plan does not match that of the debtor. Please amend with correct case number so we may place it on calendar.

Thanks.